October 11, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

JERI DAWN MONTGOMERY, Appellant

NO. 14-09-00887-CR                    V.

THE STATE OF TEXAS, Appellee

---

This cause was heard **ON REMAND** from the Court of Criminal Appeals on the transcript of the record of the court below. The record reveals no error in the judgment. The Court orders the judgment be **AFFIRMED**.

We further order this decision certified below for observance.